IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.<br>Defendants. | [redacted] 05 195 S<br><br>CIVIL ACTION NO. |

**NOTICE OF LODGING**

Plaintiff, the United States of America, hereby notifies the Court that it is lodging herewith a Consent Decree in this case pending solicitation and consideration of public comments, in accordance with 28 C.F.R. § 50.7.

In accordance with Department of Justice policy, 28 C.F.R. § 50.7, the Department of Justice will publish in the Federal Register a notice of the lodging of two Consent Decrees, one with Brook Village Associates Limited Partnership and the other with Centerdale Manor Associates. The proposed Consent Decrees resolve the United States' claims under Sections 106 and 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9606 and 9607(a), and Section 7003 of the Resource Conservation and Recovery Act, 42 U.S.C. § 6973, against Brook Village and Centerdale Manor relating to natural resource damages and response costs that have been or will be incurred at or from a Site known as the Centredale Manor Superfund Site. This publication will initiate a required 30-day comment period. The United States will advise the Court when the public comment period has expired. <u>During the pendency of the public comment period, no action is required of the Court</u>.

2

After the close of the public comment period, the United States will evaluate any comments received and will move for entry of the Consent Decrees, unless the comments disclose facts or considerations which indicate that the proposed Decrees are inappropriate, improper or inadequate.

Respectfully submitted,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice

By: ______________________________
HENRY S. FRIEDMAN
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________________
LUIS MATOS
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor,
Providence, Rhode Island 02903

OF COUNSEL:

EVE VAUDO
Enforcement Counsel
U.S. Environmental Protection Agency
New England Region
JFK Federal Building
Boston, Ma. 02203-2211

CERTIFICATE OF SERVICE

I, Henry S. Friedman, hereby certify that on May 5, 2005 copies of the foregoing Complaint, Consent Decrees and Notice of Lodging were served by first-class mail, postage prepaid, on the following:

Laurie Burt, Esq.
Foley Hoag
Seaport World Trade Center
155 Seaport Blvd.
Boston, Ma. 02210-2600

Howard J. Castleman, Esq.
Murtha Culina Roche Carens & DeGiacomo
99 High St.
Boston, Ma. 02110-2320

Michael Melito, Esq.
Rhode Island Housing and Mortgage Finance Corporation
44 Washington St.
Providence, RI. 02903

Brian Wagner, Esq.
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI. 02908-5767

HENRY S. FRIEDMAN
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044