UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff

v. C.A. No. 05-195S

BROOK VILLAGE ASSOCIATES
LIMITED PARTNERSHIP, ET AL.,

Defendants

STATE OF RHODE ISLAND, ET AL.,

Plaintiffs

v. C.A. No. 05-203S

BROOK VILLAGE ASSOCIATES
LIMITED PARTNERSHIP, ET AL.,

Defendants

**ORDER**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above cases are hereby consolidated. As of this date, all documents are to be filed in the lead case, US v. Brook Village Associates Limited Partnership, et al., C.A. No. 05-195S.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 5/25/05

(3)