IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
Plaintiff,
v.
BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.
Defendants.

C.A. No. 05-195S

FILED
JUL 11 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Referred to U.S.M.J. Martin
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/11/05

STATE OF RHODE ISLAND, ET AL.
Plaintiffs
v.
BROOK VILLAGE ASSOCIATES
Defendants

C.A. No. 05-203S

**JOINT MOTION EXTENDING TIME**
**FOR SETTLING DEFENDANTS TO ANSWER COMPLAINT**

These consolidated civil actions are brought pursuant to Section 107(a) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a), as amended ("CERCLA"), the Rhode Island Industrial Property Remediation and Reuse Act, R.I. Gen. Laws §§ 23-19.14, et seq., and Water Pollution Act, R.I. Gen. Laws §§ 46-12-1, et seq., and the common law of nuisance and strict liability. By this action, the United States and the State of Rhode Island seek to recover costs that they have incurred in response to the release or threatened release of hazardous substances at or from a site known as the Centredale Manor Restoration Project Superfund Site located south of Route 44 on the eastern bank of the Woonasquatucket River, in North Providence, Rhode Island. The Defendants in this

GRANTED.

David L. Martin
David L. Martin, U.S.M.J.
July 13, 2005