**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.<br><br>Defendants. | CIVIL ACTION NO. 05-195S |

**UNITED STATES' MOTION FOR AN ENLARGEMENT OF PAGE LIMITS**

The United States of America, by the authority of the Attorney General and on behalf of the United States Environmental Protection ("EPA"), moves for an enlargement of the page limits on memoranda of law and on appendices and exhibits in connection with the Motion to Enter the Consent Decrees and the Memorandum in Support thereof that the United States files in this case.

On May 6, 2005, the United States lodged two Consent Decrees: one between the United States and the State of Rhode Island and Defendant Brook Village Associates Limited Partnership and the second Decree between the United States and the State of Rhode Island and Centerdale Manor Associates. The Consent Decrees, entered into pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. § 9601, et seq., provided for the reimbursement of certain costs that the United States and the State have incurred and will incur and natural resource damages in connection with the release or threatened release of hazardous substances at or from a site known as the Centerdale Manor Restoration Project Superfund

Site located in North Providence, Rhode Island ("the Site"). After the United States lodged the Consent Decrees, the United States published notice of the lodging in the Federal Register, thereby commencing a 30-day public comment period. 70 Fed. Reg. 30483 ( May 26, 2005).

The United States received 26 pages of comments from four separate entities and the State of Rhode Island received one set of comments two pages in length (hereafter referred to as "the Comments"). The United States is required to present the Comments to the Court. Consistent with EPA's practice when it receives comments of this kind, EPA is preparing a Responsiveness Summary which discusses the Comments and provides EPA's explanation as to why the Comments do not require rejection of the Decrees. The Responsiveness Summary, together with the two Declarations that are appended thereto, total approximately 52 pages. Accordingly, the Comments and the Responsiveness Summary and its appendices total about 80 pages. In order for the Court to understand the United States' position with respect to the Comments, the United States believes it is necessary to present the Responsiveness Summary and appendices to the Court. Further, the United States will submit a memorandum in support of its Motion to Enter which will discuss the 15 comments contained in the 28 pages of Comments. The United States respectfully submits that it will require up to approximately 40 pages to address these comments.

The United States has contacted counsel for both Settling Parties and both consent to the relief sought in this Motion. The State of Rhode Island has also consented to the relief sought in this Motion.

THEREFORE, the United States respectfully moves this Court to grant the United States' Motion and allow the United States to submit up to 85 pages in exhibits and appendices in Support of it Motion to Enter the Consent Decrees and a Memorandum of Law of up to 40 pages. In support of

this Motion, the United States relies upon the Memorandum of Law submitted herewith.

Respectfully Submitted,

SUE ELLEN WOOLRIDGE
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

HENRY S. FRIEDMAN
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LUIS MATOS (R.I. Bar No. 4475)
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor,
Providence, Rhode Island 02903
(401) 709-5000

OF COUNSEL:

EVE VAUDO
Enforcement Counsel
U.S. Environmental Protection Agency
New England Region
One Congress St.
Suite 1100 (SES)
Boston, Ma. 02114-2023

Brian Wagner, Esq.
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI. 02908-5767
brian.wagner@dem.ri.gov

Terrence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main St.
Providence, R.I. 02903
TTierney@riag.ri.gov

______________________________

HENRY S. FRIEDMAN
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources
Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.<br><br>Defendants. | ) | CIVIL ACTION NO. 05-195S |

**UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR AN ENLARGEMENT OF PAGE LIMITS**

The United States of America, by the authority of the Attorney General and on behalf of the United States Environmental Protection ("EPA"), submits this memorandum in support of the United States' Motion for an enlargement of the page limits on memoranda of law and on appendices and exhibits in connection with any Motion to Enter the Consent Decrees and the Memorandum in Support thereof that the United States files in this case.

**PRELIMINARY STATEMENT**

On May 6, 2005, the United States lodged two Consent Decrees: one between the United States and the State of Rhode Island and Defendant Brook Village Associates Limited Partnership and the second Decree between the United States and the State of Rhode Island and Centerdale Manor Associates. The Consent Decrees, entered into pursuant to the Comprehensive Environmental Response, Compensation, and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. § 9601, et

seq., provided for the reimbursement of certain costs that the United States and the State have incurred and will incur and natural resource damages in connection with the release or threatened release of hazardous substances at or from a site known as the Centredale Manor Restoration Project Superfund Site located in North Providence, Rhode Island ("the Site"). After the United States lodged the Consent Decrees, the United States published notice of the lodging in the Federal Register, thereby commencing a 30-day public comment period. 70 Fed. Reg. 30483 ( May 26, 2005).

The United States received 26 pages of comments from four separate entities and the State of Rhode Island received one set of comments two pages in length (hereafter referred to as "the Comments"). Consistent with EPA's practice when it receives comments of this kind, EPA is preparing a Responsiveness Summary that discusses the Comments and provides EPA's explanation as to why the Comments do not require rejection of the Decrees. The Responsiveness Summary, together with the two Declarations that are appended thereto, total approximately 52 pages. Moreover, the United States will submit a memorandum of law in support of any Motion to Enter the Decrees and anticipates that it will require a brief of up to 40 pages to properly present the Comments and the United States' responses to the Court.

The United States has contacted counsel for both Settling Parties and both consent to the relief sought in this Motion. The State of Rhode Island has also consented to the relief sought in this Motion.

The United States submits that its Motion for an Enlargement of the page limits should be granted for the reasons that follow.

## ARGUMENT

## THE UNITED STATES REQUIRES AN ENLARGEMENT OF THE PAGE LIMITS CONTAINED IN THE LOCAL RULES

The United States respectfully submits that it requires an enlargement of the page limits in order to fully and completely address the Comments that have been submitted in this case in connection with any Motion to Enter the Consent Decrees and Memorandum in Support thereof that the United States files in the future. As described above, at least 26 (mostly single spaced) pages of comments have been submitted with respect to the proposed Decrees, most of which are from law firms representing two entities that oppose the Decrees. The State of Rhode Island received one set of comments two pages in length. The United States is required to present the Comments to the Court in connection with any Motion to Enter the Decrees. Consistent with EPA's practice when it receives comments of this kind, EPA is preparing a Responsiveness Summary that discusses the Comments and provides EPA's explanation as to why the Comments do not require rejection of the Decrees. The Responsiveness Summary, together with the two Declarations that are appended thereto, total approximately 52 pages. In order for the Court to have a full and complete understanding of the issues involved and the United States' views with respect to the Comments, the United States submits that it is necessary to submit the Responsiveness Summary, together with the appendices and exhibits, to the Court. The Comments and the Responsiveness Summary and its appendices total about 80 pages and the United States submits that the Court should grant an enlargement so that the United States may submit all approximately 80 pages to the Court in connection with any Motion to Enter filed by the United States.

In addition, the United States will submit a memorandum of law in support of its Motion to

Enter, which memorandum must address all 15 comments submitted by the commenters. In order to properly present all the Comments and EPA's responses to the Court, the United States will need to file a memorandum of law in excess of the page limit. The United States submits that it will need to file a brief of approximately 40 pages to properly address the 15 Comments and the United States' positions in response.

## CONCLUSION

The United States respectfully requests that this Court grant the United States' Motion and allow the United States to submit up to 85 pages in exhibits and appendices in support of it Motion to Enter the Consent Decrees and a Memorandum of Law of up to 40 pages.

Respectfully Submitted,

SUE ELLEN WOOLRIDGE
Assistant Attorney General
Environmental and Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

HENRY S. FRIEDMAN
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

ROBERT CLARK CORRENTE
United States Attorney

By: ______________________
LUIS MATOS (R.I. Bar No. 4475)
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor,
Providence, Rhode Island 02903
(401) 709-5000

OF COUNSEL:

EVE VAUDO
Enforcement Counsel
U.S. Environmental Protection Agency
New England Region
One Congress St.
Suite 1100 (SES)
Boston, Ma. 02114-2023

CERTIFICATE OF SERVICE

I, Henry S. Friedman, hereby certify that copies of the United States of America's Motion for an Enlargement of Page Limits, Memorandum in Support thereof and proposed form of Order were served on December 6, 2005 by first class mail, postage prepaid, and by electronic mail, as follows:

Laurie Burt, Esq.
Foley Hoag
Seaport World Trade Center
155 Seaport Blvd.
Boston, Ma. 02210-2600
lburt@foleyhoag.com

Richard J. Welch
Moses & Afonso
170 Westminster Street, Suite 201
Providence, R.I. 02903
rwelch@mosesafonso.com

William S. Eggeling
Ropes & Gray LLP
30 Kennedy Plaza
Providence, R.I. 02903
WEGGELIN@ROPESGRAY.COM

Howard J. Castleman, Esq.
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111
hcastleman@murthalaw.com

Michael Milito, Esq.
Rhode Island Housing and Mortgage Finance Corporation
44 Washington St.
Providence, RI. 02903
mmilito@rihousing.com

Brian Wagner, Esq.
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI. 02908-5767
brian.wagner@dem.ri.gov

Terrence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main St.
Providence, R.I. 02903
TTierney@riag.ri.gov

______________________________

HENRY S. FRIEDMAN
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611