RECEIVED

DEC 13 2005

Property of U.S. District Court
District of Rhode Island

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.

Defendants.

CIVIL ACTION NO. 05-195S

ORDER

The United States of America, on behalf of the United States Environmental Protection Agency, has filed a Motion for an Enlargement of Page Limits ("the Motion"), and the two Defendants and the co-plaintiff State of Rhode Island having consented to the relief sought in the Motion and good cause having been shown,

It is this 14 day of December, 2005

ORDERED that the United States' Motion is granted;

IT IS FURTHER ORDERED that the United States will be permitted to submit up to 85 pages in exhibits and appendices in support of it Motion to Enter the Consent Decrees and a Memorandum of Law of up to 40 pages.

ENTER:

WILLIAM E. SMITH
JUDGE
UNITED STATES DISTRICT COURT

BY ORDER:

DEPUTY CLERK