**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, and<br><br>CERTERDALE MANOR ASSOCIATES<br><br>Defendants. | ) | No. 05-195S |

**DECLARATION OF JEROME C. MUYS, JR.**

Jerome C. Muys, Jr., being first duly sworn, deposes and says as follows:

1. I am an adult over the age of eighteen and am competent to testify herein.

2. I am an attorney representing Emhart Industries, Inc. ("Emhart") in proceedings involving the Centredale Manor Restoration Project Superfund Site in North Providence, Rhode Island ("Site").

3. In that capacity, on June 20, 2005 and June 22, 2005, I contacted Eve Vaudo, counsel for the United States Environmental Protection Agency ("EPA") in those proceedings, to discuss the EPA's proposed Consent Decrees with Brook Village Associates Limited Partnership and Centerdale Manor Associates and to request any financial analysis conducted by the EPA in support of its determination that the proposed Consent Decrees were fair and reasonable. Ms. Vaudo declined to provide the requested information.

4. On June 22, 2005, I made the same request of Mark Barash, counsel for the United States Department of the Interior in the proceedings involving the Site. Mr. Barash also declined to provide the requested information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Jerome C. Muys, Jr.

Executed on February 20, 2006.



9276769v1