IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.<br><br>Defendants. | CIVIL ACTION NO. 05-195 S |

**MOTION TO ENLARGE TIME TO FILE BRIEF IN SUPPORT OF UNITED STATES' MOTION TO ENTER CONSENT DECREES**

Pursuant to Fed. R. Civ. P. 6 (b)(1), Defendant Centerdale Manor Associates ("Centerdale Manor") respectfully moves to enlarge the time allowed to file a memorandum in support of the United States' Motion to Enter Consent Decrees in the above referenced action. Specifically, Centerdale Manor moves to extend the time within which to respond to the United State's motion from Monday, February 27, 2006 to Thursday, March 2, 2006.

Centerdale Manor seeks this extension due to the very recent death in the family of its counsel, Laurie Burt, and Ms. Burt's need to attend to services for her parent. Ms. Burt has been extensively involved in the negotiations of the Consent Decree between the United States and Centerdale Manor and the preparation of Centerdale Manor's response to the United States Motion to Enter such Consent Decree.

Centerdale Manor has contacted counsel for the United States, the State of Rhode Island and the Defendant Brook Village Associates Limited Partnership, all of whom consent to the extension sought by this Motion.

THEREFORE, Centerdale Manor respectfully moves this Court to grant this Motion to extend the date by which Centerdale Manor may respond to the United States' Motion to Enter Consent Decrees to March 2, 2006.

**Respectfully submitted,**

**CENTERDALE MANOR ASSOCIATES**
**By its attorneys,**

Richard J. Welch, Esquire
(RI Bar #4497)
Moses Afonso Jackvony, Ltd.
170 Westminster Street, Suite 201
Providence, Rhode Island 02903
Ph: (401) 453-3600
Fx: (401) 453-3604

L.B. (RJW)

Laurie Burt, Esquire (Pro Hac Vice)
Seth D. Jaffe, Esquire (Pro Hac Vice)
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210-2600

CERTIFICATION

I, Richard J. Welch, hereby certify that I caused to be mailed via first class mail, postage prepaid, and by electronic mail, the enclosed Motion to Enlarge Time to following the referenced counsel on the 24th day of February, 2006.

Henry S. Friedman
Senior Attorney
Environmental Enforcement Section
Environmental and Natural Resources
U.S. Department of Justice
Washington, D.C. 20044-7611

Luis Matos
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903

Brian A. Wagner
Deputy Chief Legal Counsel
RIDEM--Office of Legal Services
235 Promenade Street
Providence, Rhode Island 02908

Michael Milito, Esquire
Rhode Island Housing and Mortgage Financing Corporation
44 Washington Street
Providence, Rhode Island 02903

William S. Eggeling, Esquire
Ropes & Gray LLP
30 Kennedy Plaza
Providence, Rhode Island 02903

Laurie Burt, Esquire
Seth D. Jaffe, Esquire
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210

Terence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main Street
Providence, Rhode Island 02903

Richard J. Welch

wpdata/centredale/Motion to Enlarge Time 02.23.06