IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 24 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES<br>LIMITED PARTNERSHIP, ET AL.<br><br>Defendants. | CIVIL ACTION NO. 05-195 S |

**MOTION TO ENLARGE TIME TO FILE BRIEF IN SUPPORT OF UNITED STATES' MOTION TO ENTER CONSENT DECREES**

Pursuant to Fed. R. Civ. P. 6 (b)(1), Defendant Centerdale Manor Associates ("Centerdale Manor") respectfully moves to enlarge the time allowed to file a memorandum in support of the United States' Motion to Enter Consent Decrees in the above referenced action. Specifically, Centerdale Manor moves to extend the time within which to respond to the United State's motion from Monday, February 27, 2006 to Thursday, March 2, 2006.

Centerdale Manor seeks this extension due to the very recent death in the family of its counsel, Laurie Burt, and Ms. Burt's need to attend to services for her parent. Ms. Burt has been extensively involved in the negotiations of the Consent Decree between the United States and Centerdale Manor and the preparation of Centerdale Manor's response to the United States Motion to Enter such Consent Decree.

RECEIVED
MAR 2006
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

to U.S.M.J. Martin
2/28/06

GRANTED.
David L. Martin
DAVID L. MARTIN, USMJ
March 3, 2006