FILED
MAR 2 8 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff(s)

v. Dkt. No. 05-195S

BROOK VILLAGE ASSOCIATES
LIMITED PARTNERSHIP, ET AL.
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant Brook Village Associates Limited Partnership hereby moves that Howard J. Castleman be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Brook Village Associates
Limited Partnership
(Plaintiff/Defendant)

By: William S. Eggeling
Bar ID No.: 4008
Ropes & Gray Address: 30 Kennedy Plaza, Providence, RI
DATED: March 22, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Massachusetts and of the following Federal District Court and/or Court of Appeals Bar(s) D. Mass + First Circuit, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court. ( If applicant has been sanctioned, disciplined or had any *pro hac vice* status revoked, please provide a full explanation.)

(3) I have never been convicted of any crime other than minor traffic offenses. (If applicant has been convicted, please provide full explanation.)

(4) Except as listed below, I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

**Form 1 (cont'd)**

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Howard J. Castleman

Signature of *Pro Hac Vice* Applicant

Howard J. Castleman

Print Name State Bar ID # 551259

Brown Rudnick Berlack Israels LLP

Firm Name

One Financial Center, Boston, MA 02111

Business Address

Tel. # 617-856-8200 Fax # 617-289-0431

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Will S Eggeling

Signature of Local Counsel

William S. Eggeling 4008

Print Name R.I. Bar ID #

Ropes & Gray

Firm and Business Address

30 Kennedy Plaza

Providence, RI 02903-2328

Tel. #401-455-4400 Fax #401-455-4401

---

**ORDER**

This motion is hereby Granted

WMM

District Judge

Date: 4/4/06

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 05-195S** |
| | ) | |
| **BROOK VILLAGE ASSOCIATES** | ) | |
| **LIMITED PARTNERSHIP, ET AL.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, William S. Eggeling, hereby certify that copies of the Motion for Admission Pro Hac Vice of Howard J. Castleman were served on March 23, 2006 by first class mail, postage prepaid, as follows:

Jerome W. MacLaughlin, Esq.
Trial Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Laurie Burt, Esq.
Foley Hoag
Seaport World Trade Center
155 Seaport Blvd.
Boston, MA 02210-2600

Richard J. Welch
Moses & Afonso
170 Westminster Street, Suite 201
Providence, R.I. 02903

Howard J. Castleman
Brown Rudnick Berlack Israels LLP
One Financial Center
Boston, MA 02111

Michael Milito
Rhode Island Housing and Mortgage Finance Corporation
44 Washington Street
Providence, RI 02903

Brian Wagner
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908-5767

Terrence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main Street
Providence, RI 02903

Jerome C. Muys, Jr.
Swidler Berlin
The Washington Harbour
3000 K. Street, N.W., Suite 300
Washington, D.C. 20007-5116

James P. Ray
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

William S. Eggeling
(RI Bar #4008)
Rope & Gray LLP
30 Kennedy Plaza
Providence, RI 02903
(401) 455-4400