UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | C.A. No. 05-195S<br>Lead Case |
| STATE OF RHODE ISLAND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | C.A. No. 05-203S<br>Member Case |

**ORDER**

Before the Court is a Motion by the Government for Clarification of the Court's May 4, 2006 Order. The Intervenor (Emhart) and the Settling Defendants object.

The Court orders as follows:

1. The term "settlement file" in the May 4, 2006 Order shall mean the ATP file;
2. The Government is directed to submit to the Court an inventory of the settlement file for the Court's review. If after review the Court believes disclosure of further documents is required, the Court shall so order;

3. All other aspects of the Order shall remain in effect.

By Order,

Deputy Clerk

**ENTER:**

William E. Smith
United States District Judge

Date: 5/17/06