UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.,<br>Defendants. | CIVIL ACTION No. 05-195S |

**ASSENTED TO MOTION OF THE UNITED STATES AND THE SETTLING DEFENDANTS' FOR ENTRY OF A PROTECTIVE ORDER GOVERNING CONFIDENTIALITY OF DOCUMENTS PROVIDED TO INTERVENOR EMHART INDUSTRIES, INC.**

The United States and the Settling Defendants hereby move for entry of the attached Protective Order (the "Order") Governing Confidentiality Of Documents Provided To Intervenor Emhart Industries, Inc. ("Emhart"). Emhart has assented to entry of the Order. Pursuant to this Court's Order of May 4 and May 17, 2006, the United States will be providing copies of certain documents to Emhart. Some or all of those documents contain confidential information which the Settling Defendants reasonably wish to keep as confidential as possible. The form of order is typical for production of this type of confidential information, as evidenced by Emhart's assent.

The Court's Orders require that these documents be provided to Emhart by May 24, 2006. Therefore, the United States and the Settling Defendants request that this Court enter the attached Order as soon as possible.

WHEREFORE, the United States and the Settling Defendants respectfully request that this Court enter the attached Protective Order Governing Confidentiality Of Documents Provided To Intervenor Emhart Industries, Inc.

BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP

By its attorneys,

William S. Eggeling (RJW)

William S. Eggeling (RI Bar #4008)
ROPES & GRAY LLP
30 Kennedy Plaza
Providence, RI 02903
(401) 455-4400
William.Eggeling@ropesgray.com

Howard J. Castleman (RJW)

Howard J. Castleman (Pro Hac Vice)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 523-2700
howard.castleman@hklaw.com

Dated: May 24, 2006

CENTERVILLE MANOR ASSOCIATES LIMITED PARTNERSHIP

By its attorneys,

Richard J. Welch, Esq. (RI Bar #4497)
MOSES AFONSO JACKVONY, LTD.
170 Westminster Street, Suite 201
Providence, RI 02903
Phone: (401) 453-3600
Fax: (401) 453-3604

Laurie Burt (RJW)

Laurie Burt, Esq. (Pro Hac Vice)
Seth D. Jaffe, Esq. (Pro Hac Vice)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Phone: (617) 832-1000
Fax: (617) 832-7000

Dated: May 24, 2006

UNITED STATES OF AMERICA

By its attorneys,
Sue Ellen Woodridge
Assistant Attorney General

Jerome MacLaughlin (RJW)

Jerome MacLaughlin
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Robert Clark Corrente
United States Attorney

Luis Matos (RJW)

Luis Matos (R.I. Bar # 4475)
Assistant United States Attorney
District of Rhode Island
Fleet Center, 50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401) 709-5000

OF COUNSEL

Eve Vaudo
Enforcement Counsel
United States Environmental Protection Agency
New England Region
One Congress Street, Suite 1100
Boston, MA 02114-2023

Dated: May 24, 2006

**CERTIFICATE OF SERVICE**

I, Richard J. Welch, hereby certify that copies of the Settling Defendants' Response to United States' Motion for Clarification was served on May 24, 2006, by first-class mail, postage prepaid, and by electronic mail, as follows:

Jerome W. MacLaughlin
Trial Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
jerry.maclaughlin@usdoj.gov

Eve Vaudo
Enforcement Counsel
U.S. Environmental Protection Agency
New England Region
One Congress St., Suite 1100
Boston, MA 02114-2023
vaudo.eve@epamail.epa.gov

Laurie Burt
Foley Hoag LLP
Seaport World Trade center
155 Seaport Blvd.
Boston, MA 02210-2600
lburt@foleyhoag.com

William S. Eggeling
Ropes & Gray LLP
30 Kennedy Plaza
Providence, RI 02903
william.eggeling@ropesgray.com

Howard J. Castleman
Holland & Knight LLP
10 St. James Avenue
Boston, MA 02116
howard.castleman@hklaw.com

Michael Milito
Rhode Island Housing and Mortgage Finance Corp.
44 Washington Street
Providence, RI 02903
mmilito@rihousing.com

Brian Wagner
Rhode Island Department of
Environmental Management
235 Promenade Street
Providence, RI 02908-5767
brian.Wagner@dem.ri.gov

Terrence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main Street
Providence, RI 02903
Ttierney@riag.ri.gov

Jerome C. Muys, Jr.
Swidler Berlin
The Washington Harbour
3000 K Street, N.W., Suite 300
Washington, D.C. 20007-5116
jcmuys@swidlaw.com

Craig Scott
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
cscott@duffysweeney.com

James P. Ray
Robinson & Cole LLP'
280 Trumbull Street
Hartford, CT 06103-3597
jray@rc.com



# 3799979_v1