UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | C.A. No. 05-195S<br>Lead Case |
| STATE OF RHODE ISLAND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, et al.,<br><br>Defendants. | C.A. No. 05-203S<br>Member Case |

**ORDER**

WILLIAM E. SMITH, United States District Judge

This Court issued an Order on May 4, 2006, and a clarification Order on May 17, 2006, requiring the United States Environmental Protection Agency ("EPA") to provide this Court with copies of the documents from EPA's ATP file that were either redacted or withheld as confidential or privileged. EPA also was required to provide this Court with an inventory of its settlement file.

This Court has reviewed all of the documents submitted from the ATP file and reviewed the inventory of the settlement file. This Court finds that Emhart Industries, Inc. ("Emhart") is not

entitled to any of the documents from the ATP file that were withheld on grounds of privilege or confidentiality and further finds that Emhart is not entitled to any of the documents in EPA's settlement file. Accordingly, EPA is not required to produce any additional documents to Emhart.

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 5/31/06