UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,

Plaintiff,

v.

BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP, ET AL.,

Defendants.

CIVIL ACTION No. 05-195S

**CHANGE OF ADDRESS**

Please note the following change of address for undersigned counsel representing the Defendant Brook Village Associates Limited Partnership:

Howard J. Castleman

Howard J. Castleman (*pro hac vice*)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
(617) 305-2142
howard.castleman@hklaw.com

Dated: June 5, 2006

# CERTIFICATE OF SERVICE

I, Cheryl Heroux, hereby certify that on this day copies of the enclosed Change of Address was served by first class mail, postage prepaid, and by electronic mail, as follows:

Jerome W. MacLaughlin
Trial Attorney
Environmental Enforcement Section
Environmental and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Jerry.MacLaughlin@usdoj.gov

Laurie Burt, Esq.
Foley Hoag
Seaport World Trade Center
155 Seaport Blvd.
Boston, MA 02210-2600
lburt@foleyhoag.com

Richard J. Welch
Moses & Afonso
170 Westminster Street, Suite 201
Providence, R.I. 02903
rwelch@mosesafonso.com

Michael Milito
Rhode Island Housing and Mortgage Finance Corporation
44 Washington Street
Providence, RI 02903
mmilito@rihousing.com

Brian Wagner
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908-5767
brian.wagner@dem.ri.gov

Terrence Tierney
Assistant Attorney General
R.I. Department of the Attorney General
150 North Main Street
Providence, RI 02903
Ttierney@riag.ri.gov

Warren Anthony Fitch
Bingham McCutchen LLP
2020 K Street NW
Washington, DC 20006
tony.fitch@bingham.com

Craig Scott
Duffy Sweeny & Scott, Ltd
One Turks Head Place, Suite 1200
Providence, RI 02903
cscott@duffysweeney.com

James P. Ray
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
jray@rc.com

Cheryl Heroux

Dated: June 6, 2006

# 3730443_v1