**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) No. 05-195S
)
BROOK VILLAGE ASSOCIATES )
LIMITED PARTNERSHIP and )
)
CENTERDALE MANOR ASSOCIATES )
LIMITED PARTNERSHIP, )
)
Defendants. )
)

**EMHART INDUSTRIES, INC.'S MOTION TO FILE MEMORANDUM IN SUPPORT OF ITS OBJECTION TO THE UNITED STATES' MOTION TO ENTER CONSENT DECREES UNDER SEAL**

Emhart Industries, Inc., by counsel, respectfully submits this motion to file its memorandum in support of its objection to the United States' motion to enter consent decrees and accompanying exhibits under seal. Emhart's memorandum contains exhibits that have been designated "Confidential" pursuant to the Protective Order Governing Confidentiality of Documents Provided to Intervenor Emhart, Industries, Inc. Pursuant to that Order, Emhart is entitled to use those confidential materials in connection with its submission, but is required to file those materials under seal. Accordingly, Emhart respectfully requests that its memorandum in support of its objection and accompanying exhibits be filed under seal.

Respectfully submitted,

EMHART INDUSTRIES, INC.

By Its Attorneys,

Craig M. Scott, Esq. (#4237)
DUFFY SWEENEY & SCOTT, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Facsimile)

Warren Anthony Fitch, Esq. (admitted *pro hac vice)*
L. Misha Preheim, Esq. (admitted *pro hac vice)*
BINGHAM McCUTCHEN LLP
2020 K Street, NW
Washington, DC 20006
(202) 373-6000, -6695
(202) 373-6001 (Facsimile)

**CERTIFICATE OF SERVICE**

TO:

Warren Anthony Fitch, Esq.
Jerome C. Muys, Jr., Esq.
L. Misha Preheim, Esq.
Bingham McCutchen LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

Jerry MacLaughlin, Esq.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Jerry.MacLaughlin@usdoj.gov

Eve Vaudo, Esq.
Enforcement Counsel
U.S. Environmental Protection Agency
New England Region
One Congress Street
Suite 1100 (SES)
Boston, MA 02114-2023
vaudo.eve@epamail.epa.gov

Laurie Burt, Esq.
Foley Hoag
Seaport World Trade Center
155 Seaport Blvd.
Boston, MA 02210-2600
lburt@foleyhoag.com

Richard J. Welch
Moses Afonso & Jackvony
170 Westminster Street, Suite 201
Providence, RI 02903
rwelch@mosesafonso.com

William S. Eggeling
Ropes & Gray LLP
30 Kennedy Plaza
Providence, RI 02903
William.Eggeling@ropesgray.com

Howard J. Castleman, Esq.
Holland & Knight
10 St. James Avenue, 12th Floor
Boston, MA 02116
Howard.castleman@hklaw.com

Michael Milito, Esq.
Rhode Island Housing and Mortgage Finance Corporation
44 Washington Street
Providence, RI 02903
mmilito@rihousing.com

Brian Wagner, Esq.
Rhode Island Department of Environmental Management
235 Promenade Street
Providence, RI 02908-5767
brian.wagner@dem.ri.gov

Terrence Tierney
Assistant Attorney General
RI Department of the Attorney General
150 North Main Street
Providence, RI 02903
Ttierney@riag.ri.gov

James P. Ray
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
jray@rc.com

I certify that on the 14th of June 2006, I caused a true copy of the within Emhart Industries, Inc.'s Motion to File Memorandum in Support of its Objection to The United States' Motion to Enter Consent Decrees Under Seal, to be forwarded to the above listed parties by electronic and First Class Mail.

[signature]