**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP and<br>CENTERDALE MANOR ASSOCIATES LIMITED PARTNERSHIP,<br>Defendants. | ) | No. 05-195S |

**EMHART INDUSTRIES, INC.'S MOTION TO FILE MEMORANDUM IN SUPPORT OF ITS OBJECTION TO THE UNITED STATES' MOTION TO ENTER CONSENT DECREES UNDER SEAL**

Emhart Industries, Inc., by counsel, respectfully submits this motion to file its memorandum in support of its objection to the United States' motion to enter consent decrees and accompanying exhibits under seal. Emhart's memorandum contains exhibits that have been designated "Confidential" pursuant to the Protective Order Governing Confidentiality of Documents Provided to Intervenor Emhart, Industries, Inc. Pursuant to that Order, Emhart is entitled to use those confidential materials in connection with its submission, but is required to file those materials under seal. Accordingly, Emhart respectfully requests that its memorandum in support of its objection and accompanying exhibits be filed under seal.

GRANTED

William E. Smith
U.S. District Judge
6/22/06