**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 05-195S** |
| | ) | |
| **BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP and** | ) | |
| | ) | |
| **CENTERDALE MANOR ASSOCIATES LIMITED PARTNERSHIP,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CENTERDALE MANOR ASSOCIATE'S MOTION TO FILE**
**INFORMATION STATEMENT AND EXHIBITS UNDER SEAL**

Centerdale Manor Associates, by counsel, respectfully submits this Motion to file its Information Statement and accompanying Exhibits under seal. Centerdale Manor Associates' Information Statement and Exhibits are submitted to the Court as a result of issues raised at the July 17, 2006 hearing in this matter. Centerdale Manor Associates' Information Statement references facts and Exhibits that have been designated either "Confidential" pursuant to the Court's May 24, 2006 Protective Order Governing Confidentiality of Documents or which had been submitted previously to the U.S. Environmental Protection Agency ("EPA") in response to CERCLA information requests under a claim of confidentiality, and are designated as "Confidential" pursuant to the Protective Order, so that these documents may be shared with the parties, including Intervor Emhart, subject to the protections of that Order, to which all parties have agreed.

Accordingly, Centerdale Manor Associates respectfully requests that its Motion to File Information Statement and Exhibits be filed under seal be granted.

**Respectfully submitted,**

**CENTERDALE MANOR ASSOCIATES**
**By its attorneys,**

**Richard J. Welch (#4497)**
**Moses Afonso Jackvony, Ltd.**
**170 Westminster Street, Suite 201**
**Providence, Rhode Island 02903**
**Ph: (401) 453-3600**
**Fx: (401) 453-3604**

Laurie Burt (RJW)
**Laurie Burt,**
**Pro Hac Vice**
**Foley Hoag**
**Seaport World Trade Center**
**155 Seaport Boulevard**
**Boston, MA 02210-2600**

**CERTIFICATE OF SERVICE**

TO:

Warren Anthony Fitch, esquire
Jerome C. Muys, Jr., Esquire
L. Misha Preheim, Esquire
Bingham McCutchen, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007

Jerry MacLaughlin, Esquire
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611

Eve Vaudo, Esquire
Enforcement Counsel

U.S. Environmental Protection Agency
New England Region
One Congress Street
Suite 1100 (SES)
Boston, MA 02114-2023

William S. Eggeling
Ropes & Gray, LLP
30 Kennedy Plaza
Providence, Rhode Island 02903

Howard J. Castleman, Esquire
Holland & Knight
10 St. James Avenue, 12th Floor
Boston, MA 02116

Michael Milito, Esquire
Rhode Island Housing and
Mortgage Finance Corporation
44 Washington Street
Providence, Rhode Island 02903

Brian Wagner, Esquire
Rhode Island Department
of Environmental Management
235 Promenade Street
Providence, Rhode Island 02908-5767

Terrence Tierney
Assistant Attorney General
RI Department of the Attorney General
150 North Main Street
Providence, Rhode Island 02903

James P. Ray, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597

I certify that I caused a true copy of the within Centerdale Manor Associates, Motion to File Information Statement and Exhibits Under Seal, to be forwarded to the above listed parties via postage prepaid, first class mail on the 19th day of July, 2006.

Richard J. Welch