**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP and**<br><br>**CENTERDALE MANOR ASSOCIATES LIMITED PARTNERSHIP,**<br><br>**Defendants.** | **No. 05-195S** |

**CENTERDALE MANOR ASSOCIATE'S MOTION TO FILE INFORMATION STATEMENT AND EXHIBITS UNDER SEAL**

Centerdale Manor Associates, by counsel, respectfully submits this Motion to file its Information Statement and accompanying Exhibits under seal. Centerdale Manor Associates' Information Statement and Exhibits are submitted to the Court as a result of issues raised at the July 17, 2006 hearing in this matter. Centerdale Manor Associates' Information Statement references facts and Exhibits that have been designated either "Confidential" pursuant to the Court's May 24, 2006 Protective Order Governing Confidentiality of Documents or which had been submitted previously to the U.S. Environmental Protection Agency ("EPA") in response to CERCLA information requests under a claim of confidentiality, and are designated as "Confidential" pursuant to the Protective Order, so that these documents may be shared with the parties, including Intervor Emhart, subject to the protections of that Order, to which all parties have agreed.

GRANTED

[signature]

William E. Smith
U.S. District Judge
7/20/06