UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

Plaintiff,

v. C.A. No. 05-195S

BROOK VILLAGE ASSOCIATES
LIMITED PARTNERSHIP, ET AL.,

Defendants.

**ORDER**

I hereby recuse myself from participation in this litigation.

ORDER:

By:______________________
Deputy Clerk

ENTER:

______________________
William E. Smith
U.S. District Judge

Date: 7/24/06