AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES

v.

BROOK VILLAGE, LP, et al.

APPEARANCE

CASE NUMBER: CA 05-195 ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for INTERESTED PARTY:

Rhode Island Housing and Mortgage Finance Corporation

I certify that I am admitted to practice in this court.

9.18.06

*Date*

[signature]

*Signature*

MICHAEL MILITO 2806

*Print Name* *Bar Number*

44 Washington Street

*Address*

Providence RI 02903

*City* *State* *Zip Code*

(401) 457-1173

*Phone Number* *Fax Number*

MMILITO @ RIHOUSING.COM

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.