# Corrected Pages for Consent Decree with Centerdale Manor Associates

6. From the total payment to be made to the United States, $68,450.00 shall be paid on behalf of DOI for Natural Resource Damages, including past and future Costs of Assessment. Payment shall be made by the Payment Date by Fedwire Electronic Funds Transfer to the DOJ account in accordance with current electronic funds transfer procedures, referencing DOJ Case Number 90-11-3-07101, and NRDAR Account Number 14X5198. Payment shall be made in accordance with instructions provided, upon request, to the Settling Defendant by the Financial Litigation Unit of the United States Attorney's Office for the District of Rhode Island following lodging of the Consent Decree. Any payments received by the Department of Justice after 4:00 P.M. (Eastern Time) will be credited on the next business day. Settling Defendants shall send notice that such payment has been made to the persons listed in Section XV (Notices and Submissions) for notice to DOJ, and to Department of the Interior, Natural Resource Damage Assessment and Restoration Program, Attn: Restoration Fund Manager, 1849 C Street, NW, Mailstop 4449, Washington, D.C. 20240. The notice shall state that the payment is for reimbursement of Costs of Assessment for natural resource damage assessment and for Natural Resource Damages with respect to the Centredale Manor Restoration Project Superfund Site, located in North Providence, Rhode Island, and include the DOJ Case Number 90-11-3-07101, the Site name, the Site location, and the name of the Settling Defendant making the payment.

7. The remaining payment to be made to the United States shall be paid on behalf of EPA and shall be deposited in the Centredale Manor Restoration Project Special Account within the EPA Hazardous Substance Superfund to be retained and used to conduct or finance response actions at or in connection with the Site. This payment shall be made by the Payment Date by FedWire Electronic Funds Transfer ("EFT") to the U.S. Department of Justice account in accordance with current EFT procedures, referencing USAO File Number 2006Z00141, the EPA Region and Site Spill ID Number RID981203755, and DOJ Case Number 90-11-3-07101. Payment shall be made in accordance with instructions provided to Settling Defendant by the Financial Litigation Unit of the U.S. Attorney's Office in the District of Rhode Island following lodging of the Consent Decree. Any payment received by the Department of Justice after 4:00 p.m. Eastern Time shall be credited on the next business day. Except as provided in Paragraph 10 of this Consent Decree, and subject to Section XII of this Consent Decree, Settling Defendant shall have no further obligation to conduct or finance response actions in connection with the Removal Orders.

8. At the time of payment to EPA, Settling Defendant shall send notice that payment has been made to EPA and DOJ in accordance with Section XV (Notices and Submissions) and to George Hoxie at EPA New England, One Congress Street, Suite 1100 (MCO), Boston, Massachusetts 02114-2023.

9. Payment to the State pursuant to Paragraph 5 shall be in the form of a certified check. The check shall be made payable to "General Treasurer - State of Rhode Island (for deposit in the Environmental Response Fund)," and shall only be used by the State for the benefit of and/or for use at the Site. By the Payment Date, Settling Defendant shall send the check to the State representative listed in Section XV (Notices and Submissions).

10. In addition to the payments to be made to the United States and the State, Settling Defendant shall deposit, by the Payment Date, $150,000 to be held by Settling Defendant in an escrow account (the "Removal Orders Reserve Account") pursuant to an escrow

1. Stipulated penalties owed to EPA are due and payable within 30 days after the date of the demand for payment of the penalties by EPA. All payments to EPA under this Paragraph shall be identified as "stipulated penalties" and shall be made by certified or cashier's check made payable to "EPA Hazardous Substance Superfund." The check, or a letter accompanying the check, shall reference the name and address of the party making payment, the Site name, the EPA Region and Site Spill ID Number RID981203755, and DOJ Case Number 90-11-3-07101, and shall be sent to:

Region 1
U.S. Environmental Protection Agency
Attn. Hazardous Substance Superfund Accounting
P.O. Box 360 197M
Pittsburgh, PA 15251

At the time of each payment, Settling Defendant shall send notice that payment has been made to EPA and DOJ in accordance with Section XV (Notices and Submissions) and to George Hoxie at EPA New England, One Congress Street, Suite 1100 (MCO), Boston, Massachusetts 02114-2023.

2. Stipulated penalties owed to DOI are due and payable within 30 days after the date of the demand for payment of the penalties by DOI. All payments to DOI under this Paragraph shall be identified as "stipulated penalties" and shall be made in the same manner as set forth in Paragraph 6. At the time of each payment, Settling Defendant shall send notice that payment has been made to DOI and DOJ in accordance with Section XV (Notices and Submissions).

3. Stipulated penalties owed to the State are due and payable within 30 days after the date of demand for payment of penalties by the State. All payments to the State under this Paragraph shall be identified as "stipulated penalties" and shall be made in the same manner as set forth in Paragraph 9. At the time of payment, Settling Defendant shall send notice that payment has been made to the State in accordance with Section XV (Notices and Submissions).

b. Penalties shall accrue as provided in this Paragraph regardless of whether EPA, DOI or the State has notified Settling Defendant of the violation or made a demand for payment, but need only be paid upon demand. All penalties shall begin to accrue on the day after payment is due and shall continue to accrue through the date of payment. Nothing herein shall prevent the simultaneous accrual of separate penalties for separate violations of this Consent Decree.

c. In the event that the closing of the Preservation Refinancing mortgage transaction is delayed as a result of causes beyond the control of Rhode Island Housing and the Settling Defendant, the time for performance of the Settling Defendant's obligations under this Consent Decree shall be extended by an amount of time equal to the delay.

As to the United States:

As to DOJ:

Chief, Environmental Enforcement Section
Environment and Natural Resources Division
U.S. Department of Justice (DJ #90-11-3-07101)
P.O. Box 7611
Washington, D.C. 20044-7611

As to DOI:

Mark Barash
U.S. Department of the Interior
Office of the Solicitor
One Gateway Center
Suite 612
Newton Corner, MA 02158-2868

As to NOAA:

Gwendolyn A. Wilkie
United States Department of Commerce
National Oceanic and Atmospheric Administration
Office of General Counsel, Natural Resources Division
Gloucester, MA 01930-2298

As to EPA:

Anna Krasko
U.S. E.P.A - New England Region
One Congress Street Suite 1100 (HBO)
Boston, Massachusetts 02114-2023

As to the State:

Louis Maccarone
Sanitary Engineer
Project Manager
RIDEM Office of Waste Management
235 Promenade Street
Providence, RI 02908