UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>BROOK VILLAGE ASSOCIATES,<br>LIMITED PARTNERSHIP and<br>CENTERDALE MANOR ASSOCIATES<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-195ML |

**ENTRY OF APPEARANCE**

______I hereby enter my appearance for plaintiff United States of America, in the above matter.

ROBERT CLARK CORRENTE
United States Attorney

/s/Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
United States Attorney's Office
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: *anthony.digioia@usdoj.gov*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of November, 2006, I caused to be electronically filed this Entry of Appearance with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice:

Howard J. Castleman, Esq.
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116

William S. Eggeling, Esq.
Ropes & Gray LLP
30 Kennedy Plaza
Providence, RI 02903

Craig Scott, Esq.
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903

Terrence Tierney, Assistant Attorney General
R.I. Department of Attorney General
150 North Main Street
Providence, RI 02903

Brian Wagner, Esq.
RIDEM
235 Promenade Street
Providence, RI 02908-5767

Richard J. Welch, Esq.
Moses & Afonso
170 Westminster Street, Suite 201
Providence, RI 02903

I further certify that a copy of the within Entry of Appearance, via regular mail, postage prepaid, to:

Laurie Burt, Esq.
Seth D. Jaffe, Esq.
Foley Hoag
Seaport World Trade Center
155 Seaport Boulevard
Boston, MA 02201

Jerome W. MacLaughlin
U.S. Department of Justice
Environmental Enforcement Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611

Warren Anthony Fitch, Esq.
L. Misha Preheim, Esq.
Bingham McCutchen LLP
3000 K Street, N.W., Suite 300
Washington, DC 20007

Michael Milito, Esq.
RI Housing and Mortgage Finance Corp.
44 Washington Street
Providence, RI 02903

/s/ Anthony C. DiGioia
ANTHONY C. DIGIOIA, #2495
Assistant U.S. Attorney
Chief, Civil Division
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5017 (fax)
Email: *anthony.digioia@usdoj.gov*