UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVID A. DiMARZIO
CLERK OF COURT

December 27, 2006

**Clerk of Court**
**United States Court of Appeals**
**United States Courthouse, Suite 2500**
**One Courthouse Way**
**Boston, MA 02210**

CCA: 07-1025

CA 05-195ML
United States v. Brook Village, LP, et al.

Dear Clerk of Court:

Enclosed herewith you will find the RECORD ON APPEAL and a certified copy of the docket entries together with the appeal cover sheet and case file.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

By
John Duhamel
Deputy Clerk

Encl: case file, incl. original transcripts: Doc# 30, as to hearing on motion to intervene, held on 4/3/06, and Doc# 53 as to hearing on entry of consent decree, held on 7/17/06; certified docket.

73