05-00203
USDC/RI
L(S)

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1025

UNITED STATES,

Plaintiff, Appellee,

STATE OF RHODE ISLAND, by and through the
Rhode Island Department of Environmental Management;
PATRICK LYNCH, Rhode Island Attorney General,

Plaintiffs,

v.

BROOK VILLAGE ASSOCIATES LIMITED PARTNERSHIP; CENTERDALE
MANOR ASSOCIATES,

Defendants, Appellees,

EMHART INDUSTRIES, INC.,

Intervenor, Appellant.

**JUDGMENT**

Entered: April 27, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

[signature]
**Deputy Clerk**

**Date:** 4/27/07

[cc: Craig M. Scott, Esq., L. Misha Preheim, Esq., Warren A. Fitch, Esq., Anthony C. Digioia, Esq., Jerome W. MacLaughlin, Esq., Kelly Johnson, Esq., Brian A. Wagner, Esq., Terence J. Tierney, Esq., Howard J. Castleman, Esq., William S. Eggeling, Esq., Laurie Burt, Esq., Richard J. Welch, Esq., Seth D. Jaffe, Esq., Michael V. Milito, Esq.]