UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES of AMERICA, and THE STATE OF RHODE ISLAND Plaintiffs, | : | |
| vs. | : | C.A. NO. 05-195-ML |
| CENTERDALE MANOR ASSOCIATES, Defendant. | : | |

**NOTICE OF APPEARANCE**

Please take notice that John P. McAdams, Assistant United States Attorney, is entering his appearance as counsel for the United States in this case.

Respectfully submitted,

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2007, I served this Notice of Appearance by electronically filing it with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

/s/ John P. McAdams
JOHN McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055
401-709-5017 (fax)
Email:john.p.mcadams@usdoj.gov