UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES of AMERICA, and THE STATE OF RHODE ISLAND Plaintiffs, | : | |
| vs. | : | C.A. NO. 05-195-ML |
| CENTERDALE MANOR ASSOCIATES, Defendant. | : | |

**NOTICE OF WITHDRAWAL OF SATISFACTION OF JUDGMENT**

Now comes the United States of America, by and through its undersigned counsel, and respectfully withdraws the "Satisfaction of Judgment" (Document 79) filed August 29, 2007. The Satisfaction of Judgment was filed in error. To wit, there is an outstanding debt of $150,000 pursuant to the Consent Decree (Document 64). Due to an administrative error, the outstanding debt did not appear on the Government's debt tracking system.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

By:

/s/ John P. McAdams
JOHN P. McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of August, 2007, I served this Withdrawal of Satisfaction of Judgment by electronically filing it with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System.

/s/ John P. McAdams
JOHN McADAMS
Assistant U. S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5055
401-709-5017 (fax)
Email:john.p.mcadams@usdoj.gov